IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : INDICTMENT |
| | : |
| v. | : CRIMINAL NO. 5:23-CR-_25_ |
| | : VIOLATION(S): |
| KHALIF LEE, | : 18 U.S.C. § 922(g)(1) |
| | : 18 U.S.C. § 924(a)(8) |
| Defendant. | : 18 U.S.C. § 1715 |
| | : 18 U.S.C. § 924(d)(1) |
| | : 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT ONE
(Possession of a Firearm by a Convicted Felon)

That on or about December 5, 2022, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

**KHALIF LEE,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is, one (1) Beretta, Model: APX, 9mm pistol, Serial Number: AXC013159 and one (1) Springfield Armory, Model: XD-9 sub-compact, 9mm pistol, Serial Number: BA316897 and one (1) Glock, Model: 43X, 9mm pistol, Serial Number: BSSB966 and one (1) Hi-Point, Model: JCP, .40 caliber pistol, Serial Number: X702846 said firearms having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO
### (Possession of a Firearm by a Convicted Felon)

That on or about December 28, 2022, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

### KHALIF LEE,

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, that is, one (1) Taurus, Model: G2C, 9mm pistol, Serial Number: ACM701594 and one (1) Glock, Model: 43X, 9mm pistol, Serial Number: BNEK765 and one (1) Sig Sauer, Model: P320 M17, 9mm pistol, Serial Number: M17A000443 and one (1) Glock, Model: 31 Gen 4, .57 caliber pistol, Serial Number: BTVB714 said firearms having been shipped and transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE
### (Firearms as Non Mailable)

That on or about December 5, 2022, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

### KHALIF LEE,

defendant herein, did without being a manufacturer of or bona fide dealer in firearms knowingly deposit for mail and delivery and knowingly caused to be delivered by mail according to the direction thereon, pistols and other firearms which has been declared

nonmailable and which were capable of being concealed on a person, in violation of Title 18, United States Code, Section 1715.

## COUNT FOUR
### (Firearms as Non Mailable)

That on or about December 28, 2022, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court,

### KHALIF LEE,

defendant herein, did without being a manufacturer of or bona fide dealer in firearms knowingly deposit for mail and delivery and knowingly caused to be delivered by mail according to the direction thereon, pistols and other firearms which has been declared nonmailable and which were capable of being concealed on a person, in violation of Title 18, United States Code, Section 1715.

## FORFEITURE NOTICE
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) - Criminal Forfeiture)

1. The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) set forth in Counts One and Two; and/or Title 18, United States Code, Section 1715 set forth in Counts Three and Four of this Indictment, the Defendant,

KHALIF LEE,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense. The forgoing includes, but is not limited to the following firearms:

**FIREARMS**

    A.    One (1) Beretta, Model: APX, 9mm pistol, Serial Number: AXC013159 ;

    B.    One (1) Springfield Armory, Model: XD-9 sub-compact, 9mm pistol, Serial Number: BA316897;

    C.    One (1) Glock, Model: 43X, 9mm pistol, Serial Number: BSSB966;

    D.    One (1) Hi-Point, Model: JCP, .40 caliber pistol, Serial Number: X702846;

    E.    One (1) Taurus, Model: G2C, 9mm pistol, Serial Number: ACM701594;

    F.    One (1) Glock, Model: 43X, 9mm pistol, Serial Number: BNEK765;

    G.    One (1) Sig Sauer, Model: P320 M17, 9mm pistol, Serial Number: M17A000443; and

    H.    One (1) Glock, Model: 31 Gen 4, .357 caliber pistol, Serial Number: BTVB714.

    3.    If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

        (a)    cannot be located upon exercise of due diligence;

        (b)    has been transferred, sold to or deposited with, a third person;

        (c)    has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 18, United States Code, Section 924(d)(1).

All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented By:

_____
Monica L. Daniels
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 9 day of May, AD 2023.

_____
Deputy Clerk